# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | 8:16CR213 |
| vs. | ) | ORDER |
| **ALEX PEARSON,** | ) | |
| **Defendant.** | ) | |

    This matter is before the court on the motion of defendant Alex Pearson (Pearson) to order the continued availability of material witness for trial (Filing No. 15). The motion was not accompanied by a brief in accordance with the rules of this court. *See* NECrimR 12.3(b)(1). Accordingly, Pearson's motion is deemed abandoned and denied, without prejudice.

    **IT IS SO ORDERED.**

    DATED this 3rd day of August, 2016.

BY THE COURT:

s/ Thomas D. Thalken

United States Magistrate Judge